# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. David Montes DEFENDANT(S). | CASE NUMBER 10-2164M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __duft__, IT IS ORDERED that a detention hearing is set for __Detention hrg__, __9/1/10__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __duty Courtroom (341- Roybal)__

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/30/10__

_____
U.S. District Judge/Magistrate Judge