# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>　　David Monks<br>　　　　　　Defendant. | Case No.: 10-2164M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___SD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___nature of the charges; ~~test~~ sureties not strong, + are___

1  _uncertain of his ~~rts~~ desire to appear; nature of underlying charges_
2  _also creates danger of flight_
3  _____
4  and/or
5  B. (X) The defendant has not met his/her burden of establishing by
6     clear and convincing evidence that he/she is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: _n/a_

    IT THEREFORE IS ORDERED that the defendant be detained pending
    the further revocation proceedings.

    Dated:  9/1/10

                                    /s/ Ralph Zarefsky
                                    RALPH ZAREFSKY
                                    UNITES STATES MAGISTRATE JUDGE